### BROWN v. ROGERS et al.

No. 22787. Opinion Filed May 2, 1933.

Darnell & Larue, for plaintiff in error.

Lockwood Jones, Co. Atty., E. N. Sasseen, and A. R. Ash, for defendants in error.

PER CURIAM. Upon the authority of the rule many times announced by this court, where plaintiff in error has filed his brief, but the defendant in error has wholly ignored the rules of this court, with regard to filing the same, the cause is reversed and remanded, with directions for a new trial.